Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 04–46914–JHW
                        Chapter:  11
                        Judge:  Judith H. Wizmur

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Trump Marina, Inc., a New Jersey
   Corporation
   fka Trump's Castle Hotel & Casino, Inc.
   Huron Avenue at Brigantine Boulevard
   Atlantic City, NJ 08401

Social Security No.:

Employer's Tax I.D. No.:
   11–2735914

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>June 27, 2008</u>                 <u>Judith H. Wizmur</u>
                                          Judge, United States Bankruptcy Court